ERNEST N. GIANNONE, PLAINTIFF-PETITIONER, v. LEO P. CARLIN, MAYOR, *ETC.*, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. William Furst* and *Mr. Aristo Dallavalle* for the petitioner.

*Mr. Vincent P. Torppey* and *Mr. Thomas M. Kane* for the respondent.

October 17, 1955.

RAYNOR & GREY, INC., PLAINTIFF-PETITIONER, v. SUSAN P. MARKUS, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Milton B. Levin* for the petitioner.

*Messrs. Fast & Fast* for the respondents.